IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ) | ) | |
| JIMMY BOOKER #N-52835, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 12 C 174 |
| | ) | |
| WARDEN L. JACKSON, | ) | |
| | ) | |
| Respondent. | ) | |

<u>MEMORANDUM ORDER</u>

This Court's January 13, 2012 memorandum opinion and order ("Opinion") dismissed the federal habeas petition that had been filed pro se by Jimmy Booker ("Booker") to attack his state court conviction. Booker has tendered a one-page handwritten filing that continues to reflect his misunderstanding of the basic ground rules regarding such petitions.

It is true that this action, like all others, requires the advance payment of the applicable filing fee unless such payment is excused because the filer qualifies for in forma pauperis treatment (a consideration that is inapplicable here because the filing fee is just a nominal $5). That is why the Opinion began by speaking to that issue. But Booker's nonpayment played no part in the dismissal of his action, as the Opinion went on to explain.

By the same token, a payment of the $5 filing fee (which Booker indicates is forthcoming) will have no effect at all on the fatal flaws that the Opinion identified as calling for

dismissal. Thus Booker's current requests (1) for forgiveness and (2) that he be given "another change [sic]" do not change the result. Those requests by Booker are denied.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 2, 2012